437 A.2d 1022

Martin v. Martin, Appellant.

Petition for Allowance of Appeal Denied Nov. 20, 1981.

Reconsideration Denied Feb. 16, 1982.

Argued May 27, 1981.

Jacob S. Richman, for appellant; Herman Blumenthal, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Order of the lower court is affirmed.

WIEAND, J. filed a memorandum concurring and dissenting statement.

437 A.2d 1022

Mun. Auth. of Bor. of Lemoyne, Appellant v. Reisinger, et al.

Petition for Allowance of Appeal Granted March 10, 1982.

Argued December 4, 1980.

John C. Sullivan, for appellant; George F. Douglas, Jr., for Reisinger, et al., appellees; F. Murray Bryan, for Black et al., appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.